UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JUL 2 2 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)      No.
v. )
)
DAVID TWINE, )    4:20CR362 JAR/SPM
)
Defendant. )

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about July 11, 2019, in the City of St. Louis, within the Eastern District of Missouri,

**DAVID TWINE,**

the Defendant herein, with intent to cause death and serious bodily harm, took from the person and presence of another, by force, violence, and intimidation, a motor vehicle, that is, a 2013 Dodge Caravan, that had been transported in interstate commerce.

In violation of Title 18, United States Code, Section 2119.

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
GREGORY M. GOODWIN, #65929MO
Special Assistant United States Attorney